# EXHIBIT A
### Civil Action No. 7:21-CV-00355

COUNTY COURT AT LAW #4

# CASE SUMMARY
## CASE NO. CL-21-2867-D

| | | | |
|---|---|---|---|
| Elisa Castro | | § | Location: **County Court at Law #4** |
| VS. | | § | Judicial Officer: **Garza, Federico "Fred", Jr.** |
| Centene Corporation | | § | Filed on: **08/17/2021** |
| | | § | |

---

### CASE INFORMATION

Case Type:  **All Other Civil Cases (OCA)**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | CL-21-2867-D |
| Court | County Court at Law #4 |
| Date Assigned | 08/17/2021 |
| Judicial Officer | Garza, Federico "Fred", Jr. |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Castro, Elisa** | **GONZALEZ, JOSE G.** |
| | | *Retained* |
| | | 956-731-4324(W) |
| | | |
| **Defendant** | **Centene Corporation** | **HERRING, DANIELLE K** |
| | | *Retained* |
| | | 713-951-9400(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 09/20/2021 | Request<br>*Request for certified copy of docket sheet and pleadings* | |
| 09/10/2021 | Answer<br>*Defendant's Answer and Affirmative and Other Defenses to Plaintiff's Petition* | |
| 08/23/2021 | Service Returned - Served<br>*CENTENE CORPORATION* | |
| 08/18/2021 | Citation Issued<br>Party:  Defendant  Centene Corporation | |
| 08/17/2021 | Original Petition (OCA)<br>*Petition* | |

---

| DATE | FINANCIAL INFORMATION |
|---|---|

| | |
|---|---:|
| **Defendant**  Centene Corporation | |
| Total Charges | 45.00 |
| Total Payments and Credits | 45.00 |
| **Balance Due as of  9/21/2021** | **0.00** |
| | |
| **Plaintiff**  Castro, Elisa | |
| Total Charges | 419.00 |
| Total Payments and Credits | 419.00 |
| **Balance Due as of  9/21/2021** | **0.00** |

09/21/2021

Date:
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By:
Deputy Clerk

*Printed on 09/21/2021 at 9:52 AM*

COUNTY COURT AT LAW #4

# CASE SUMMARY
## CASE NO. CL-21-2867-D

09/21/2021

Date:_____

I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.

By:_____
                    Deputy Clerk

Electronically Submitted
8/17/2021 4:11 PM
Hidalgo County Clerk
Accepted by: Gregorio Mata

**CL-21-2867-D**

CAUSE NO._____

| | | |
|---|---|---|
| **ELISA CASTRO,** | § | **IN THE COUNTY COURT** |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **AT LAW NO.**_____ |
| | § | |
| **CENTENE CORPORATION** | § | |
| *Defendant.* | § | **HIDALGO COUNTY, TEXAS** |

## PLAINTIFF ELISA CASTRO'S ORIGINAL PETITION

**TO THE HONORABLE COURT:**

  **COMES NOW, ELISA CASTRO,** (hereinafter referred to as Plaintiff) complaining of the **CENTENE CORPORATION** (hereinafter referred to as Defendant or the Defendant employer), and for such causes of action, would respectfully show unto the Court and the Jury, as follows:

I.

### Discovery Level

1.1   Discovery in this litigation is intended to be conducted under Level 3, Texas Rule of Civil Procedure 190.

II.

### Parties

2.1   Plaintiff, ELISA CASTRO, is an individual residing in Hidalgo County, Texas.

2.2   Defendant, CENTENE CORPORATION, is a foreign corporation duly licensed to conduct business in the State of Texas and may be served pursuant to Rule 28 of the Texas Rules of Civil Procedure by serving its registered agent via Certified Mail, Return Receipt Requested as follows:

  CT Corporation System
  1999 Bryan St., Ste. 900
  Dallas, Texas 75201-3136

**PLAINTIFF ELISA CASTRO'S**
**Original Petition**

1

09/21/2021

Date:_____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By:_____
Deputy Clerk

Electronically Submitted
8/17/2021 4:11 PM
Hidalgo County Clerk
Accepted by: Gregorio Mata

**CL-21-2867-D**

2.3    Service of citation is requested *Via Certified Mail, Return Receipt Requested.*

III.

**Venue and Jurisdiction**

3.1    Venue is proper in Hidalgo County, Texas in that the incident made the basis of this cause of action occurred in Hidalgo County, Texas.

IV.

**No Federal Claims Made**

4.1    Plaintiff hereby gives notice that the only causes of action she intends to litigate are those concerning rights afforded to her under the Texas Constitution, the Texas Commission on Human Rights Act ("TCHRA"), the Texas Workforce Commission – Civil Rights Division ("TWC-CRD"), and the Common Law of the Sovereign State of Texas.  The Plaintiff hereby affirmatively avers that she has not alleged any federal cause of action.

V.

**Administrative Remedies**

5.1 Within 180 days of the occurrence of the acts complained of, Plaintiff filed her initial complaint with the Texas Workforce Commission – Civil Rights Division formerly known as the Texas Commission on Human Rights that the Defendant employer had committed unlawful employment practices against the Plaintiff in violation of the Texas Commission on Human Rights Act.

5.2 The formal charges were filed in McAllen, Texas and the "Notice of the Right to File Civil Action Letter" known as the "Right to Sue" letter was received in McAllen,  Hidalgo County as follows:

Formal Complaint Filed:                        October 12th, 2020

TWC-CRD Notice of Right to
File a Civil Action Letter Received:        June 18th, 2021

5.3 On June 18th, 2021, Plaintiff received from the Texas Workforce Commission – Civil Rights Division, Plaintiff's Dismissal and Notice of Rights letter in Hidalgo County, Texas which allows the Plaintiff to file this lawsuit within sixty days of its receipt.

**PLAINTIFF ELISA CASTRO'S**
**Original Petition**

2

09/21/2021
Date:
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By:
Deputy Clerk

Electronically Submitted
8/17/2021 4:11 PM
Hidalgo County Clerk
Accepted by: Gregorio Mata

**CL-21-2867-D**

5.4 Plaintiff's statutory claims have been properly filed. A copy of the right to sue notice is attached to this pleading as Exhibit "A" and is incorporated by reference for all purposes.

5.5 Plaintiff further invokes the relation back theory as well as any and all equitable doctrines necessary to satisfy the administrative requirements set forth by law. All conditions precedent to the filing of this lawsuit and as required by law have been performed or have occurred.

VI.

**Factual Background**

6.1    Plaintiff accepted employment with the Defendant in or around November 2016. During her 5 years of employment with the Defendant employer as a Service Coordinator, the Plaintiff performed all the duties assigned to her with loyalty, dedication, and hard work. Plaintiff was last employed with the Defendant Centene Corporation as a Service Coordinator in McAllen, Hidalgo County, Texas having been terminated from her position on June 1, 2020. At the time of her termination, Plaintiff was earning $53,560.00 annually plus fringe benefits.

6.2    Plaintiff was made to endure to a hostile environment by Plaintiff's employer. When Plaintiff required medical care because of her disability (herniated disc, hypertension, and diabetes), she informed her immediate supervisor. Plaintiff's supervisor, Maria G. Cavazos, was dismayed at Plaintiff's need to take the day off. Ms. Cavazos was provided with proper documentation of Plaintiff's medical appointment. Ms. Cavazos continuously harassed Plaintiff Elisa Castro by repeatedly reviewing Plaintiff's work, accusing her of documentation inconsistencies and marginalizing Plaintiff by stating she was not a nurse and the job was not right for her.  On November 21, 2019, Plaintiff reported Ms. Cavazos' discrimination conduct to the Human Resources Department. Plaintiff Elisa Castro informed human resources of Ms. Cavazos' harassment concerning Plaintiff's medical conditions and her constant bullying. The work tension and pressure were unbearable. Thereafter, Ms. Cavazos would continue to make the workplace hostile.

 Plaintiff has been a victim of discrimination by her employer. Plaintiff's unlawful and discriminatory termination culminated on June 1st, 2020 on account of her age, and/or disabilities. Plaintiff is a qualified individual with a disability who either with or without a reasonable accommodation can perform the essential functions of her job duties. Plaintiff was perceived as and/or regarded as being disabled due to her record of impairment. Due to Plaintiff's age and disabilities, Plaintiff has been treated "as if she were an old dog that couldn't learn new tricks" and

**PLAINTIFF ELISA CASTRO'S**
**Original Petition**

3

09/21/2021

Date:
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By:_____ Deputy Clerk

Electronically Submitted
8/17/2021 4:11 PM
Hidalgo County Clerk
Accepted by: Gregorio Mata

**CL-21-2867-D**

labeled as allegedly careless and unable to follow instructions.

Plaintiff was wrongfully terminated from her position by a management employee of the Defendant Centene Corporation. Plaintiff asserts that the true reason for her unceremonious termination after 5 years of loyal service was because she was discriminated against based upon her age and/or disabilities in violation of the Texas Commission on Human Rights Act ("TCHRA"). Plaintiff would show that at the time of her firing, she was (43; D.O.B.: 06-13-1977).

6.3     Plaintiff alleges that there was no legitimate business justification for her termination in that the Plaintiff had always performed an above satisfactory, if not exemplary job for the Defendant Centene Corporation during her employment.   Plaintiff further asserts and intends to prove that the mistreatment received by Defendant including but not limited to, age and/or disability discrimination (herniated disc, hypertension and diabetes), among other things, was part of a pattern and practice engaged in by the Defendant Centene Corporation towards the Plaintiff and others similarly situated.

VII.

**Causes of Action - Wrongful Discharge**

A.      **Violations of the Texas Commission on Human Rights Act**

7.1     Plaintiff re-alleges the allegations contained in Section VI, entitled *Factual Background*.

7.2     On or about June 1st, 2021, Plaintiff was unceremoniously terminated due to the culmination of discriminatory conduct directed against her by the Defendant employer.   The Defendant employer discriminated against this Plaintiff and wrongfully terminated her because she exercised her statutory rights under Section 21.051 and Section 21.055 of the Texas Labor Code (Texas Commission on Human Rights Act).   The Plaintiff alleges that her termination was part of a larger unwritten plan or scheme of the Defendant employer to discriminate against older, infirm long-term employees.

09/21/2021



Date: _____
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____
          Deputy Clerk

**PLAINTIFF ELISA CASTRO'S**
**Original Petition**

4

Electronically Submitted
8/17/2021 4:11 PM
Hidalgo County Clerk
Accepted by: Gregorio Mata

CL-21-2867-D

**Section 21.051 Discrimination by Employer**

An employer commits an unlawful employment practice if because of race, color, *disability,* religion, sex, national origin, or *age*, the employer:

1.     *Fails or refuses to hire* an individual, *discharges an individual, or discriminates in any other manner against the individual in connection* with *compensation or the terms, conditions, or privileges of employment*; or

2.     *Limits, segregates or classifies* an employee or applicant for employment in a manner that would deprive or tend to deprive an *individual of any employment opportunity or adversely affect in any other manner the status of the employee.*

(West 2017)  (emphasis added).

**Section 21.055, Retaliation**

An employer, labor union or employment agency commits an unlawful employment practice if the employer, labor union or employment agency *retaliates* or *discriminates* against a person who, under this Chapter:

1.     *Opposes discriminatory practice*;

2.     Makes or files a charge;

3.     Files a complaint; or

4.     Testifies, assists or participates in any manner in an investigation, proceeding or hearing.

(West 2017)  (emphasis added)

7.3     As a result of the discriminatory treatment, her ultimate termination and the acts described herein, Plaintiff has suffered damages as further alleged in this Petition.



09/21/2021

Date:
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By:
Deputy Clerk

**PLAINTIFF ELISA CASTRO'S**
**Original Petition**

Electronically Submitted
8/17/2021 4:11 PM
Hidalgo County Clerk
Accepted by: Gregorio Mata

CL-21-2867-D

VIII.

**Actual Damages**

8.1     As a result of the incident made the basis of this suit, Plaintiff has incurred damages in the following respects:

**A.      Lost Earnings and Special Damages**

8.2     At the time of the incident complained of, Plaintiff was gainfully employed with the Defendant employer as a Service Coordinator for Centene Corporation.  As a proximate result of the wrongful acts of the Defendant, the Plaintiff was unable to attend to her usual occupation and thereby suffered a loss of income for which she hereby sues.  As a result of the wrongful acts of the Defendant employer, the Plaintiff's earnings, retirement, and capacity to earn a livelihood were severely impaired.  In all reasonable probability, the Plaintiff's loss of earnings and loss of earning capacity will continue long into the future, if not for the balance of the Plaintiff's natural life.  Plaintiff therefore sues for any lost earnings in the form of back pay, lost wages, front pay, retirement benefits, fringe benefits, lost future earnings and/or diminished earning capacity to the extent permitted by law, due to the acts complained of above.

**B.      Past and Future Mental Anguish**

8.3     As a result of the incident described above, that is made the basis of this suit, Plaintiff has suffered physical injuries, sickness and/or illness as well as mental anguish, emotional distress, loss of enjoyment of life, inconvenience, pain and suffering, and other hedonic damages. Plaintiff has suffered feelings of anxiety, depression, restlessness, worthlessness, embarrassment, and/or inferiority. Plaintiff has further suffered ill-health effects including but not limited to sleeplessness, depression, anxiety, agitation and loss of self-esteem due to the defendant's discriminatory treatment towards her and in connection with her wrongful termination.  In all reasonable probability, Plaintiff will continue to suffer such mental anguish, emotional distress, loss of enjoyment of life, inconvenience, pain and suffering, and other hedonic damages for a long time into the future, if not for the balance of her natural life.

**PLAINTIFF ELISA CASTRO'S**
**Original Petition**

6



09/21/2021

Date: _____
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____
Deputy Clerk

Electronically Submitted
8/17/2021 4:11 PM
Hidalgo County Clerk
Accepted by: Gregorio Mata

**CL-21-2867-D**

IX.

**Attorney's Fees**

9.1     By reason of the allegations of this petition, Plaintiff is entitled to recover attorney's fees in a sum that is reasonable and necessary.  In this connection, Plaintiff will show that she has employed the undersigned attorney to assist her in the prosecution of this action.

9.2     Plaintiff further seeks an upward adjustment or enhancement to the lodestar amount of attorney's fees to be determined in the prosecution of this lawsuit.  A reasonable attorney's fee is further requested for the work expended in the preparation and trial of this cause along with a reasonable fee for any and all appeals to other courts.  If ultimately successful in this case, plaintiff fully expects that the defendant will appeal this case.

9.3     Plaintiff seeks attorney's fees to compensate the Plaintiff for the attorney's fees she has and will incur in the prosecution of this lawsuit, both at trial and on appeal.  Plaintiff further pleads for the recovery of reasonable and necessary expenses for the use of associate attorneys, paralegals and/or law clerks that assist in the prosecution of the case.  As permitted, Plaintiff also seeks to re-coup all litigation expenses expended in the prosecution of this lawsuit.

X.

**Exemplary Damages**

10.1     The conduct of the Defendant employer, as set out above, was carried out and constituted such an entire want of care as to constitute a conscious indifference to the rights or welfare of the Plaintiff.  Because of the spite, ill-will, malicious and fraudulent intent held by the Defendant Centene Corporation management toward the Plaintiff, such management, acting in a willful and intentional manner, committed certain acts calculated to cause injury and/or damage to the Plaintiff.  Accordingly, the Defendant Centene Corporation acted with malice, actual malice and/or a specific intent to injure the Plaintiff.  The Plaintiff is hereby entitled to recover exemplary or punitive damages to deter such cruel and undignified procedures by the Defendant Centene Corporation and its management in the future.  Accordingly, Plaintiff requests that punitive damages be awarded against the Defendant Centene Corporation as a result of its egregious violations of the law.

**PLAINTIFF ELISA CASTRO'S**
**Original Petition**

7

09/21/2021

Date:
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By:
Deputy Clerk

Electronically Submitted
8/17/2021 4:11 PM
Hidalgo County Clerk
Accepted by: Gregorio Mata

**CL-21-2867-D**

XI.

**<u>Demand for Trial by Jury</u>**

11.1     Plaintiff, by and through her attorney of record, and pursuant to Rule 216 of the Texas Rules of Civil Procedure, makes and files this Demand for Trial by Jury in the above styled and numbered cause.   Contemporaneously with the filing of this jury demand, Plaintiff has deposited the required jury fee with the County Clerk of Hidalgo County, Texas.  Plaintiff requests that this case be set on the jury docket of the court for disposition in due order and as soon as practicable.


**WHEREFORE,** Plaintiff, **ELISA CASTRO**, prays that this Honorable Court grant the following:

(1)     Judgment against the Defendant employer, CENTENE CORPORATION, for all of the Plaintiff's damages. Plaintiff would respectfully request that should the jury after evaluating all of the credible evidence and after so finding liability based upon the preponderance of the credible evidence in this matter; then in such an event, and if also so found by the jury, Plaintiff would then request damages in line with the credible evidence presented that would fairly and reasonably compensate the Plaintiff for all of the harms and losses that she has sustained throughout this ordeal;

(2)     Punitive damages;

(3)     Attorney's fees;

(4)     Pre-judgment interest allowed by law;

(5)     Interest on said judgment at the legal rate from the date of judgment;

(6)     For costs of suit herein; and

09/21/2021

Date:_____

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.

By:_____
Deputy Clerk

**PLAINTIFF ELISA CASTRO'S**
**Original Petition**

8

Electronically Submitted
8/17/2021 4:11 PM
Hidalgo County Clerk
Accepted by: Gregorio Mata

**CL-21-2867-D**

(7)    For such other and further relief at law or in equity to which the Plaintiff may show herself justly entitled to receive and for which she shall forever pray.

Respectfully submitted,

**THE LAW OFFICE OF
 JOSE G. GONZALEZ**
4129 N. 22nd St., Ste 3
McAllen, Texas 78504
Telephone: (956) 386-0900
Facsimile: (956)  731-4327
Carlos.hernandezjr@gmail.com


By: _/s/Carlos E. Hernandez, Jr._
**Carlos E. Hernandez, Jr.**
State Bar No. 00787681
Attorneys for Plaintiff
 **ELISA CASTRO**



09/21/2021

Date:_____
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By:_____
          Deputy Clerk

**PLAINTIFF ELISA CASTRO'S**
**Original Petition**

9

**CL-21-2867-D**

# Exhibit A.

09/21/2021



Date: _____
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____
          Deputy Clerk



Elissa Castro
**LAW OFFICE OF JOSE GONZALEZ**
c/o Carlos E. Hernandez
**4129 N 22nd St Suite 3**
**Mcallen, TX 78504**

# NOTICE OF DISMISSAL AND RIGHT TO FILE CIVIL ACTION

## Elissa Castro v. CENTENE CORPORATION

| TWCCRD Charge No.<br>1A21157 | EEOC Charge No.<br>31C-2021-00099 | TWCCRD Representative:<br>Monica John |
|---|---|---|

The Civil Rights Division has dismissed this Charge and is closing its file for the following reason:

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the TWCCRD.

[ ]    Your allegations did not involve a disability that is covered by the Americans with Disabilities Act or the Texas Labor Code, Chapter 21.

[ ]    The Respondent employs less than the required number of employees or not otherwise covered by the statutes.

[ ]    We cannot investigate your charge because it was not filed within the time limits required by law.

[ ]    Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]    While reasonable efforts were made to locate you, we were not able to do so.

[ ]    You had 30 days to accept a reasonable settlement offer that afforded full relief for the harm you alleged. You failed to accept the full relief.

[ ]    The TWCCRD issues the following determination: Based upon its investigation, the TWCCRD is unable to conclude that the information obtained establishes any violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

**[X]    Other: Complainant requested a right to sue as 180 days have passed since filing her complaint.**

09/21/2021

101 E. 15th Street, Room: Guadalupe CRD • Austin, Texas 78778-0001• Austin, Texas 78701 • (512) 463-2642 (T) • (512) 482-8465 (F) • Relay Texas: 80(

Equal Opportunity Employer / Program

Date:
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By:_____
Deputy Clerk

CL-21-2867-D

Elissa Castro v. CENTENE CORPORATION
TWCCRD Charge No: 1A21157
EEOC Charge No. 31C-2021-00099

## NOTICE OF RIGHT TO FILE CIVIL ACTION

Pursuant to Sections 21.208, 21.252 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

## EEOC REVIEW NOTICE:

As your charge was dual filed under Title VII of the Civil Rights Act/Age Discrimination in Employment Act/Americans with Disabilities Act, which are enforced by the U.S. Equal Employment Opportunity Commission (EEOC), you have the right to request an EEOC review of this final decision on your case. **To secure a review, you must request it in writing within fifteen (15) days from the date of the notice.** Send your request to: San Antonio EEOC, 5410 Fredericksburg Road, Suite 200, San Antonio, TX 78229.

On behalf of the Division

*Lynda Pringle for Bryan Snoddy*
_____
Bryan Snoddy
Division Director

6/18/2021
_____
Date

cc:
CENTENE CORPORATION
Centene Plaza
c/o Human Resource
7700 Forsyth Blvd
Saint Louis, MO 63105

09/21/2021

Date:_____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By:_____
Deputy Clerk

**CAUSE NO. CL-21-2867-D**

THE STATE OF TEXAS
COUNTY OF HIDALGO

 NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

    To:    CENTENE CORPORATION
           MAY BE SERVED PURSUANT TO RULE 28 OF THE TEXAS RULES OF CIVIL PROCEDURE
           BY SERVING ITS REGISTERED AGENT VIA CERTIFIED MAIL, RETURN RECEIPT
           REQUESTED AS FOLLOWS:

           CT CORPORATION SYSTEM
           1999 BRYAN ST., STE. 900
           DALLAS TX 75201-3136

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M.  on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #4 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said Plaintiff's Petition was filed in said Court, on the 17th day of August, 2021 in this Cause Numbered CL-21-2867-D on the docket of said Court, and styled,

**ELISA CASTRO**
**vs.**
**CENTENE CORPORATION**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Elisa Castro's Original Petition accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
    JOSE G. GONZALEZ
    4129 N 22ND STREET STE 3
    MCALLEN TX  78504

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 18th day of August, 2021.

                    ARTURO GUAJARDO, JR.
                    COUNTY CLERK, HIDALGO COUNTY, TEXAS
                    100 N. CLOSNER
                    EDINBURG, TEXAS 78539
                    COUNTY COURT AT LAW #4

09/21/2021

Date: _____
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____
        Deputy Clerk

BY _____ DEPUTY
              GREGORIO MATA

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN
    Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____ M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

    Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit:

    NAME _____ DATE _____ TIME _____ PLACE _____

    By: _____      By: _____
        CIVIL PROCESS SERVER            DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**
    Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

    NAME _____ DATE _____ TIME _____ PLACE _____

    NAME _____ DATE _____ TIME _____ PLACE _____

    NAME _____ DATE _____ TIME _____ PLACE _____

    By; _____      By: _____
        CIVIL PROCESS SERVER            DEPUTY SHERIFF/CONSTABLE

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF,
CONSTABLE OR CLERK OF THE COURT**

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____County, state of Texas, on the ___ day of _____, 20____.

_____
DECLARANT

_____
If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number

09/21/2021

Date:_____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By:_____
Deputy Clerk





ARTURO GUAJARDO, JR.
HIDALGO COUNTY CLERK
100 N CLOSER
PO BOX 58
EDINBURG, TX 78540-0058

**9214 8901 0661 5400 0165 7055 70**

**RETURN RECEIPT (ELECTRONIC)**

**CL-21-2867-D**

CENTENE CORPORATION
MAY BE SERVED WITH PROCESS AT:
CT CORPORATION SYSTEM
1999 BRYAN ST., STE. 900
**DALLAS, TX 75201-3136**

---------------------------------- CUT / FOLD HERE ---------------------------------- Zone 4

---------------------------------- 6"X9" ENVELOPE ----------------------------------
CUT / FOLD HERE

---------------------------------- CUT / FOLD HERE ----------------------------------



09/21/2021

Date:_____
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By:_____
Deputy Clerk

IMpbCertified8x5Label v2016.09.29.91


**UNITED STATES**
**POSTAL SERVICE**

August 23, 2021

**RECEIVED**
08/23/2021
Hidalgo County Clerk's Office

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 0661 5400 0165 7055 70**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | August 23, 2021, 9:21 am |
| **Location:** | DALLAS, TX 75201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | CENTENE CORPORATION |

| Recipient Signature | |
|---|---|

Signature of Recipient: *Chris Wells*

Address of Recipient: *C.T. Corp.*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


09/21/2021
Date: _____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
Deputy Clerk

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 92148901066154000165705570
CL-21-2867-D
CENTENE CORPORATION
MAY BE SERVED WITH PROCESS AT:
CT CORPORATION SYSTEM
1999 BRYAN ST., STE. 900
DALLAS, TX  75201-3136

## CERTIFICATE OF RETURN

## TRCP 107

This is to certify that on this the **18th day of August, 2021**, I, Gregorio Mata, Deputy Clerk of the County Court At Law #4 of Hidalgo County, Texas mailed to **Centene Corporation,** Defendant,  in Cause No. **CL-21-2867-D,**

**Elisa Castro**

**Vs.**

**Centene Corporation**

a copy of Original Petition, by certified mail, return receipt requested. Return receipt was received **on this the 23rd day of August, 2021, CLAIMED/92148901066154000165705570.** See attached return.

**GIVEN UNDER HAND AND SEAL OF SAID COURT**, at office in Edinburg, Texas on this the 24th day of August, 2021

**Arturo Guajardo, Jr., Hidalgo County Clerk**
**Hidalgo County, Texas**

**Gregorio Mata, Deputy Clerk**



09/21/2021

Date:_____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By:_____
                    Deputy Clerk

Electronically Submitted
9/10/2021 3:42 PM
Hidalgo County Clerk
Accepted by: Sandra Falcon

CAUSE NO. CL-21-2867-D

| | | |
|---|---|---|
| ELISA CASTRO, | § | IN THE COUNTY CIVIL COURT |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | AT LAW NO. 4 |
| | § | |
| CENTENE CORPORATION, | § | |
| | § | |
| *Defendant*. | § | HIDALGO COUNTY, T E X A S |

## DEFENDANT'S ANSWER AND AFFIRMATIVE
## AND OTHER DEFENSES TO PLAINTIFF'S PETITION

Defendant Centene Corporation ("Defendant")[1], files this Answer and Affirmative and Other Defenses to Plaintiff Elisa Castro's ("Plaintiff") Petition and respectfully shows the Court as follows:

### I.
### GENERAL DENIAL

As authorized by Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a general denial of the matters pleaded in Plaintiff's Petition and requests that the Court require Plaintiff to prove each of her charges, claims, and allegations by a preponderance of the evidence or clear and convincing evidence as required by the Constitution and the laws of the State of Texas. Defendant respectfully requests that it be allowed to plead further defenses in this cause as the facts surrounding this matter are developed.

### II.
### AFFIRMATIVE AND OTHER DEFENSES

Subject to and without waiving the foregoing, and pleading in the alternative where necessary, Defendant asserts the following affirmative and other defenses. In doing so, Defendant does not waive Plaintiff's burden of proof required on any element of any claim or

---

[1] Defendant Centene Corporation never employed Plaintiff and has been improperly sued. Centene



09/21/2021

Electronically Submitted
9/10/2021 3:42 PM
Hidalgo County Clerk
Accepted by: Sandra Falcon

cause of action asserted by Plaintiff, and Defendant does not assume the burden of proof except to the extent required on pure affirmative defenses.

### FIRST DEFENSE

Defendant did not employ Plaintiff and therefore cannot be liable for alleged violations of Chapter 21 of the Texas Labor Code ("Chapter 21").  Centene Company of Texas, L.P., at all relevant times, employed Plaintiff.

### SECOND DEFENSE

Defendant pleads, if such be necessary, and pleading in the alternative, that Defendant is entitled to an offset for compensation income received by Plaintiff.

### THIRD DEFENSE

Defendant pleads, if such be necessary, and pleading in the alternative, that Plaintiff's claim for exemplary damages is unconstitutional and/or unavailable.  Plaintiff's claim for exemplary damages is further unwarranted because any alleged discriminatory, retaliatory, and/or harassing conduct was contrary to Defendant's good faith efforts to comply with the anti-discrimination, anti-retaliation, and anti-harassment laws.

### FOURTH DEFENSE

Defendant pleads, if such be necessary, and pleading in the alternative, that Plaintiff's claims are barred, or her recovery should be offset, by the after-acquired evidence doctrine.

### FIFTH DEFENSE

Defendant pleads, if such be necessary, and pleading in the alternative, that Plaintiff's claims are barred by the applicable statute of limitations.

---

Company of Texas, L.P., and not Centene Corporation, employed Plaintiff.

2

09/21/2021

Date: _____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
Deputy Clerk

Electronically Submitted
9/10/2021 3:42 PM
Hidalgo County Clerk
Accepted by: Sandra Falcon

## SIXTH DEFENSE

Defendant pleads, if such be necessary, and pleading in the alternative, that Plaintiff cannot recover back pay, if any, for any period when she was unable to work.

## SEVENTH DEFENSE

Defendant pleads, if such be necessary, and pleading in the alternative, that Plaintiff's claims are barred, in whole or part, by the doctrines of waiver, ratification, laches and/or estoppel.

## EIGHTH DEFENSE

Defendant pleads, if such be necessary, and pleading in the alternative, that Plaintiff's lawsuit is barred, in whole or in part, by virtue of her failure to exhaust and/or utilize available administrative remedies.

## NINTH DEFENSE

Defendant pleads, if such be necessary, and pleading in the alternative, that any employment actions taken with respect to Plaintiff would have been necessary in the absence of any allegedly impermissible factors.

## TENTH DEFENSE

Defendant pleads, if such be necessary, and pleading in the alternative, that Defendant had widely disseminated anti-discrimination, anti-retaliation, and anti-harassment policies, which are strictly enforced.  Defendant exercised reasonable care at all times to prevent and promptly correct any alleged discriminatory, retaliatory, and/or harassing terms and/or conditions of employment from occurring.  Plaintiff unreasonably failed to take advantage of the preventative or corrective opportunities and procedures provided by Defendant, or to otherwise avoid the harm about which she now complains.

09/21/2021

I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.

Date: _____

By: _____
Deputy Clerk

Electronically Submitted
9/10/2021 3:42 PM
Hidalgo County Clerk
Accepted by: Sandra Falcon

### ELEVENTH DEFENSE

Defendant pleads, if such be necessary, and pleading in the alternative, that Plaintiff's claims for actual, general, and exemplary damages and other relief are subject to all applicable statutory caps and limitations.

### TWELFTH DEFENSE

Defendant pleads, if such be necessary, and pleading in the alternative, that to the extent Plaintiff's claims and allegations exceed the reasonable scope and investigation of the charge that she filed with the Texas Workforce Commission ("TWC"), such claims and allegations are barred.

### THIRTEENTH DEFENSE

Defendant pleads, if such be necessary, and pleading in the alternative, that Plaintiff cannot recover actual and exemplary damages under multiple or different theories and causes of action for the same or similar acts.  Plaintiff is eligible for only one remedy for her claims.

### FOURTEENTH DEFENSE

Defendant pleads, if such be necessary, and pleading in the alternative, that Defendant is entitled to recover its expenses, costs and attorneys' fees as the prevailing party.

### FIFTEENTH DEFENSE

Defendant pleads, if such be necessary, and pleading in the alternative, that Defendant is not liable for acts, if any, by employees that were not authorized by Defendant, and such employees, if any, had no express or implied authority to engage in acts that were inconsistent with Defendant's written rules prohibiting conduct constituting unlawful discrimination, retaliation, or harassment.  Improper acts, if any, by certain individuals employed by or associated with Defendant were beyond the course and scope of their employment, were contrary

09/21/2021

Date: _____
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____
Deputy Clerk

Electronically Submitted
9/10/2021 3:42 PM
Hidalgo County Clerk
Accepted by: Sandra Falcon

to policies and directives of Defendant, were not done in furtherance of Defendant's business interests, and Defendant is not responsible for those actions.

**SIXTEENTH DEFENSE**

Defendant pleads, if such be necessary, and pleading in the alternative, that Plaintiff's claims, in whole or in part, fail to state a claim upon which relief can be granted.

**SEVENTEENTH DEFENSE**

Defendant pleads, if such be necessary, and pleading in the alternative, that Plaintiff must mitigate any and all alleged damages, and Plaintiff's claims are barred, or her recovery is reduced, by any failure to mitigate.  Further, Defendant is entitled to an offset for any amount which could have been earned by Plaintiff.

**EIGHTEENTH DEFENSE**

Defendant pleads, if such be necessary, and pleading in the alternative, that the employment actions about which Plaintiff complains were taken for legitimate business reasons unrelated to Plaintiff's age, disability, any alleged protected activity under Chapter 21 of the Texas Labor Code, or any other alleged protected status held by Plaintiff.

* * *

Defendant reserves the right to plead additional defenses as appropriate.

**III.**
**PRAYER**

WHEREFORE, Defendant Centene Corporation prays that Plaintiff Elisa Castro take nothing herein and that Defendant have judgment for its costs and for such further relief, at law or in equity, to which it may be justly entitled.

09/21/2021

Date: _____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____
Deputy Clerk

5

Respectfully submitted,

/s/ Danielle K. Herring
**Danielle K. Herring**
State Bar No. 24041281
dherring@littler.com
Elizabeth L. Bolt
State Bar No. 24059470
ebolt@littler.com
**LITTLER MENDELSON, P.C.**
1301 McKinney Street
Suite 1900
Houston, Texas 77010
Telephone No.:  713-951-9400
Facsimile No.:  713-951-9212

**ATTORNEYS FOR DEFENDANT
CENTENE CORPORATION**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was forwarded to counsel *via* e-file notification and certified mail, return receipt requested on this 10th day of September, 2021 to:

Carlos E. Hernandez, Jr.
THE LAW OFFICE OF JOSE G. GONZALEZ
4129 N. 22nd Street, Suite 3
McAllen, Texas 78504
*Sent Via Certified Mail, Return Receipt
Requested No. 9314 7699 0430 0086 4627 68*

/s/ Danielle K. Herring
Danielle K. Herring

4844-3086-5144.4 / 108840-1057

09/21/2021

Date: _____
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____
Deputy Clerk

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Lori Schwenkel on behalf of Danielle Herring
Bar No. 24041281
LSchwenkel@littler.com
Envelope ID: 57144628
Status as of 9/13/2021 10:15 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Carlos EHernandez | | carlos.hernandezjr@gmail.com | 9/10/2021 3:42:07 PM | SENT |
| Joe DanielRodriguez | | joedaniel.jgglaw@gmail.com | 9/10/2021 3:42:07 PM | SENT |

Associated Case Party: Centene Corporation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Elizabeth LBolt | | ebolt@littler.com | 9/10/2021 3:42:07 PM | SENT |
| Danielle KHerring | | dherring@littler.com | 9/10/2021 3:42:07 PM | SENT |

09/21/2021

Date: _____
I, Arturo Guajardo, Jr. County Clerk do
hereby certify that this is a true and
correct copy of the original document
filed in my office.
By: _____
Deputy Clerk