United States District Court
Southern District of Texas
**ENTERED**
August 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ELISSA CASTRO | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:21-CV-00355 |
| | § | |
| CENTENE COMPANY OF TEXAS L.P., | § | |
| *Defendant,* | § | |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Having considered the parties' Joint Stipulation of Dismissal with Prejudice, it is hereby **ORDERED** that Plaintiff Elissa Castro's claims against Defendant Centene Company Of Texas L.P., be **DISMISSED WITH PREJUDICE**, with Castro and Centene Company Of Texas L.P., each to bear their own costs, attorneys' fees, and expenses.

Done this 15th day of August, 2022, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE